IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LELLIOUS HOWARD, JR.                                                            PLAINTIFF

VS.                              CASE NO. 04:07-CV-4042

JAMES A. SYLER, Attorney;
and JUDGE JOE GRIFFIN,
Miller County Circuit Court                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 29, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). Judge Bryant recommends dismissal of Plaintiff Lellious Howard's Complaint as frivolous and for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(g); Fed. R. Civ. P. 12(b)(6). Plaintiff was initially given ten (10) days following his receipt of the Report and Recommendation in which to file objections pursuant to 28 U.S.C. § 636(b)(1). However, the Court received notice that the Report and Recommendation has been returned as undeliverable. The Court then obtained a last known address for Plaintiff Lellious Howard, and re-sent the Report and Recommendation, along with an Order giving Plaintiff until July 20, 2007 to file objections. (Doc. 5). Plaintiff has again failed to file objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED**. Plaintiff, however, remains liable for the filing fee, *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997), and the Clerk is directed to collect the $350.00 filing fee from Plaintiff.

**IT IS SO ORDERED**, this 26th day of July, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge